UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT LEWIS,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**UNITED STATES NUTRITION, INC.** *et al.*,<br><br>    **Defendants.** | Case No.: 13-CV-1807 YGR<br><br>**ORDER SETTING COMPLIANCE HEARING; DENYING STIPULATION AND PROPOSED ORDER AS MOOT** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court understands, based upon the representations of the parties, that the above-captioned case has settled. Accordingly, all pending motion, case management, and trial dates are **VACATED**. A compliance hearing shall be held on **Friday, March 14, 2014** on the Court's **9:01 a.m.** Calendar, in Courtroom 5 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

At least five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The Court **DENIES AS MOOT** the parties' Stipulation and Proposed Order to Continue the February 3, 2014 Case Management Conference. (Dkt. No. 32.)

This Order terminates Docket No. 32.

**IT IS SO ORDERED**.

Date: January 29, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

2